1  **JASON D. GUINASSO, ESQ.**
Nevada Bar No. 8478
2  **BRENOCH WIRTHLIN, ESQ.**
Nevada Bar No. 10282
3  **GGRM LAW FIRM**
4  2770 S. Maryland Pkwy., Suite 100
Las Vegas, Nevada 89109
5  Phone:  702. 384.1616 ~ Fax:  702.384.2990
Email: jguinasso@ggrmlawfirm.com
6          bwirthlin@ggrmlawfirm.com
7
*Attorneys for Plaintiff*
8

9          **IN THE UNITED STATES DISTRICT COURT**

10         **FOR THE DISTRICT OF NEVADA**

11

12  MATTHEW GREGORY VANNOZZI, an
individual,
13
14          Plaintiff,                           Civil Case No.: 2:25-cv-00344-JAD-NJK
15      vs.
16
17  CLARK COUNTY, ex. rel., CLARK               **STIPULATION AND ORDER TO**
COUNTY FIRE DEPARTMENT, a political      **EXTEND DEADLINE TO RESPOND**
18  subdivision of the State of Nevada; DOES I   **TO DEFENDANT'S MOTION TO**
through X, and each of them, inclusive; ROE  **DISMISS [ECF NO. 9] AND TO**
19  CORPORATIONS I through X, and each of        **CONTINUE HEARING DATE**
them, inclusive,                             **(FIRST REQUESTED EXTENSION)**
20
21          Defendants.                          ECF No. 11
22
          Plaintiff MATTHEW GREGORY VANNOZZI ("Plaintiff") and CLARK COUNTY,
23
ex. rel., CLARK COUNTY FIRE DEPARTMENT ("Defendant" and collectively the "Parties"),
24
by and through their respective, undersigned, attorneys of record, hereby stipulate and agree to
25
the following regarding Defendant's Motion to Dismiss [ECF No. 9], filed on June 11, 2025.
26
This is the first requested extension of time for Plaintiff to respond to Defendant's Motion to
27
Dismiss [ECF No. 9]:
28
          1. On June 11, 2025, Defendant filed its Motion to Dismiss [ECF No. 9];

1

2. Plaintiff's response to Defendant's Motion to Dismiss is currently due on June 25, 2025;

3. There is an in-person hearing on Defendant's Motion to Dismiss currently scheduled for July 14, 2025.

4. The Parties stipulate and agree that good cause exists to extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss by fourteen (14) days, making the new deadline July 9, 2025;

5. Good cause exists for this extension because Plaintiff's counsel has a scheduling conflict due to a previously scheduled academic retreat in Vancouver, British Columbia;

6. This is the first request for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss [ECF No. 9];

7. No party will be prejudiced by this extension;

8. This stipulation is made in good faith and not for purposes of delay;

///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

1    9. The parties further agree to continue the hearing to a later date that is convenient for

2    the Court.

3    10. If the hearing is set that conflicts with the parties' schedules or this extended briefing

4    schedule, the parties further agree to confer to reschedule to a date mutually agreeable with the

5    parties and the Court; and

6    11. The Parties stipulate and agree that Plaintiff's new deadline to respond to

7    Defendant's Motion to Dismiss (ECF No. 9) shall be July 9, 2025.

8    12. The Parties stipulate and agree that the hearing on Defendant's Motion to Dismiss

9    shall be continued to a later date.

10    **IT IS SO STIPULATED.**

11    Respectfully submitted,

12

| DATED June 25, 2025. | DATED June 25, 2025. |
|---|---|
| OFFICE OF THE DISTRICT ATTORNEY-CIVIL DIVISION | GGRM LAW FIRM |
| | |
| /s/ Sara I. Schreiber | /s/ Jason D. Guinasso |
| **STEVEN B. WOLFSON, ESQ** Nevada Bar No. 001565 **SARA I. SCHREIBER, ESQ.** Nevada Bar No. 15320 **SCOTT DAVIS, ESQ.** Nevada Bar No. 10019 500 S. Grand Central Pkwy Las Vegas, Nevada 89155 *Attorneys for Defendant* | **JASON D. GUINASSO, ESQ.** Nevada Bar No. 8478 **BRENOCH WIRTHLIN, ESQ.** Nevada Bar No. 10282 GGRM LAW FIRM 2770 South Maryland Parkway, Suite 100 Las Vegas, Nevada 89109 *Counsel for Plaintiff* |

22

23    **IT IS SO ORDERED.   The hearing on the motion to dismiss [9] is continued to the August 11, 2025, 2 p.m. civil-motion hearing stack.**

24    _____

25    UNITED STATES DISTRICT JUDGE

26    DATED: _____6/27/25_____.

27

28

3