IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW GREGORY VANNOZZI, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, ex. rel., CLARK COUNTY FIRE DEPARTMENT, a political subdivision of the State of Nevada; DOES I through X, and each of them, inclusive; ROE CORPORATIONS I through X, and each of them, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-00344-JAD-NJK<br>**ORDER GRANTING MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Defendants,1 by and through their counsel of record, hereby submit this motion. Brenoch Wirthlin, Esq. no longer serves as counsel for Defendants in this matter. Thus, it is requested that Mr. Wirthlin be withdrawn from this matter and removed from the CM/ECF service list (bwirthlin@ggrmlawfirm.com) and any other service lists for this matter.

///

///

///

///

///

1

Defendants will continue to be represented by their counsel of record at the firm of GGRM LAW FIRM.

DATED September 19, 2025.

**GGRM LAW FIRM**

/s/ *Jason D. Guinasso*
**JASON D. GUINASSO, ESQ.**
Nevada Bar No. 8478
2770 S. Maryland Parkway, Ste. 100
Las Vegas, NV 89109
*Attorney for Plaintiff*

## ORDER

It is so ordered that Brenoch Wirthlin be withdrawn from this matter and removed from the CM/ECF service list (bwirthlin@ggrmlawfirm.com) and any other service lists for this matter.

DATED: September 22, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

3