**JASON D. GUINASSO, ESQ.**
Nevada Bar No. 8478
**GGRM LAW FIRM**
2770 S. Maryland Pkwy., Suite 100
Las Vegas, Nevada 89109
Phone:  702. 384.1616 ~ Fax:  702.384.2990
Email: jguinasso@ggrmlawfirm.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW GREGORY VANNOZZI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, ex. rel., CLARK COUNTY FIRE DEPARTMENT, a political subdivision of the State of Nevada; DOES I through X, and each of them, inclusive; ROE CORPORATIONS I through X, and each of them, inclusive,<br><br>Defendants. | Civil Case No.: 2:25-cv-00344-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 33] (FIRST REQUESTED EXTENSION)** |

Plaintiff MATTHEW GREGORY VANNOZZI ("Plaintiff") and CLARK COUNTY, ex. rel., CLARK COUNTY FIRE DEPARTMENT ("Defendant" and collectively the "Parties"), by and through their respective, undersigned, attorneys of record, hereby stipulate and agree to the following regarding Defendant's Motion for Summary Judgment [ECF No. 33], filed on March 9, 2026.  This is the first requested extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment [ECF No. 33]:

1. On March 9, 2026, Defendant filed its Motion for Summary Judgment [ECF No. 33];

2. Plaintiff's response to Defendant's Motion for Summary Judgment is currently due on March 30, 2026;

///

///

1

3. The Parties stipulate and agree that good cause exists to extend the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment [ECF No. 33] by fourteen (14) days, making the new deadline April 13, 2026;

4. The Parties further stipulate and agree that because of Plaintiff's extension, Defendant's deadline to file and serve its reply in support of its Motion for Summary Judgment is extended to April 27, 2026, pursuant to LR 7-2(b);

5. Good cause exists for this extension because Plaintiff's counsel's firm is in the middle of a data  migration to a new case management system and additional time will allow Plaintiff's counsel the appropriate time needed to prepare an appropriate response;

6. This is the first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment [ECF No. 33];

7. No party will be prejudiced by this extension;

8. This stipulation is made in good faith and not for purposes of delay;

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2

9. The Parties stipulate and agree that Plaintiff's new deadline to respond to Defendant's Motion for Summary Judgment [ECF No. 33] shall be April 13, 2026, and Defendant's new deadline to file a reply in support of its Motion for Summary Judgment shall be April 27, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

| | |
|---|---|
| DATED March 25, 2026 | DATED March 25, 2026 |
| OFFICE OF THE DISTRICT ATTORNEY-CIVIL DIVISION | GGRM LAW FIRM |
| /s/ Sara I. Schreiber | /s/ Jason D. Guinasso |
| **STEVEN B. WOLFSON, ESQ** Nevada Bar No. 001565 **SARA I. SCHREIBER, ESQ.** Nevada Bar No. 15320 **SCOTT DAVIS, ESQ.** Nevada Bar No. 10019 500 S. Grand Central Pkwy Las Vegas, Nevada  89155 *Attorneys for Defendant* | **JASON D. GUINASSO, ESQ.** Nevada Bar No. 8478 GGRM LAW FIRM 2770 South Maryland Parkway, Suite 100 Las Vegas, Nevada 89109 *Counsel for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___3/30/2026___.