**JASON D. GUINASSO, ESQ.**
Nevada Bar No. 8478
**GGRM LAW FIRM**
2770 S. Maryland Pkwy., Suite 100
Las Vegas, Nevada 89109
Phone:  702. 384.1616 ~ Fax:  702.384.2990
Email: jguinasso@ggrmlawfirm.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW GREGORY VANNOZZI, an individual, | |
| Plaintiff, | Civil Case No.: 2:25-cv-00344-JAD-NJK |
| vs. | |
| CLARK COUNTY, ex. rel., CLARK COUNTY FIRE DEPARTMENT, a political subdivision of the State of Nevada; DOES I through X, and each of them, inclusive; ROE CORPORATIONS I through X, and each of them, inclusive, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE (ECF NO. 36) RE: MOTION TO DISMISS (ECF NO. 19) AND MOTION TO STRIKE (ECF NO. 20)** **(FIRST REQUESTED EXTENSION)** |
| Defendants. | |

Plaintiff MATTHEW GREGORY VANNOZZI ("Plaintiff") and CLARK COUNTY, ex. rel., CLARK COUNTY FIRE DEPARTMENT ("Defendant" and collectively the "Parties"), by and through their respective, undersigned, attorneys of record, hereby stipulate and agree to the following concerning the Hearing regarding Defendant's Motion to Dismiss (ECF No. 19) and Motion to Strike (ECF No. 20) currently scheduled for April 28, 2026 at 1:30p.m.  This is the first requested continuance concerning the Hearing regarding Defendant's Motion to Dismiss (ECF No. 19) and Motion to Strike (ECF No. 20):

///

1

1. On April 9, 2026, this Court set the Hearing regarding Defendant's Motion to Dismiss (ECF No. 19) and Motion to Strike (ECF No. 20) for a stacked calendar on April 28, 2026, at 1:30p.m.

2. The Parties stipulate and agree that good cause exists to continue the hearing to **May 14, 2026, at 1:30p.m**.

3. Good cause exists for this continuance because Plaintiff's counsel has a scheduling conflict due to previously scheduled travel and attendance of his commencement ceremony for his master's degree in Vancouver, British Columbia;

4. This is the first requested continuance concerning the Hearing regarding Defendant's Motion to Dismiss (ECF No. 19) and Motion to Strike (ECF No. 20);

5. No party will be prejudiced by this continuance;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

6.  This stipulation is made in good faith and not for purposes of delay;

7.  The Parties stipulate and agree that the Hearing regarding Defendant's Motion to Dismiss (ECF No. 19) and Motion to Strike (ECF No. 20) shall be continued to **May 14, 2026, at 1:30p.m.**

**IT IS SO STIPULATED.**

Respectfully submitted,



| DATED April 21, 2026. | DATED April 21, 2026 |
|---|---|
| OFFICE OF THE DISTRICT ATTORNEY-CIVIL DIVISION | GGRM LAW FIRM |
| /s/ Sara I. Schreiber | /s/ Jason D. Guinasso |
| **STEVEN B. WOLFSON, ESQ** Nevada Bar No. 001565 **SARA I. SCHREIBER, ESQ.** Nevada Bar No. 15320 **SCOTT DAVIS, ESQ.** Nevada Bar No. 10019 500 S. Grand Central Pkwy Las Vegas, Nevada  89155 *Attorneys for Defendant* | **JASON D. GUINASSO, ESQ.** Nevada Bar No. 8478 GGRM LAW FIRM 2770 South Maryland Parkway, Suite 100 Las Vegas, Nevada 89109 *Counsel for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   4/22/2026         .